**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 25, 2014

Hon. Keith C. Livesay
Livesay Law Office
517 W. Nolana
McAllen, TX 78504
\* DELIVERED VIA E-MAIL \*

Ellen B. Mitchell
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
\* DELIVERED VIA E-MAIL \*

Hon. Roberto (Bobby) Rene Garcia
Law Office of Bobby Garcia
5301 S. McColl Road
Edinburg, TX 78539
\* DELIVERED VIA E-MAIL \*

Re:        Cause No. 13-14-00231-CV
Tr.Ct.No.  CL-08-3146-D
Style:     In Re Old American County Mutual Fire Insurance Company

Dear Attorneys:

  Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:  County Court at Law No. 4
     Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)